# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LINDA GIBSON                                                    PLAINTIFF

v.                          No. 4:25-cv-729-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                    DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Moore's recommendation, *Doc. 18*, and overrules Gibson's objections, *Doc. 19*. Fed. R. Civ. P. 72(b)(3). The ALJ's opinion is thorough. It relied on both significant medical opinion evidence, and the ALJ's own analysis of the record. *Hensley v. Colvin*, 829 F.3d 926, 932 (8th Cir. 2016); *Schmitt v. Kijakazi*, 27 F.4th 1353, 1360 (8th Cir. 2022). And his evaluation of the persuasiveness of the state's medical consultants was solid. Substantial evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Gibson's complaint will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
5 June 2026