# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LINDA GIBSON                                                    PLAINTIFF

v.                              No. 4:25-cv-729-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                        DEFENDANT

## JUDGMENT

Gibson's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____
5 June 2026